M/V WHITE DIAMOND IMO: 9330666
AND/OR OWNERS/CHARTERERS



Copenship Bulkers A/S
Håbets Allé 26B
DK-2700 Brønshøj
Denmark

| | | |
|---|---|---|
| DATE OF INVOICE | : | **15. September 2014** |
| **INVOICE NO** | : | **188-14631** |
| ORDER NO. | : | 188-14456 |
| ACCOUNT NO | : | 25705 |
| OUR REF | : | Anders Kroghstrup |
| DATE OF SUPPLY | : | 15. September 2014 |

PORT: DURBAN
YOUR REFERENCE:

DUE DATE : 15. October 2014

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 190,259 MT | Fueloil 180-CST 3,5% | 660,00 MT | 125.570,94 |
| 190,259 MT | Barging | 11,75 MT | 2.235,54 |

| | | |
|---|---|---|
| Net Amount | USD | 127.806,48 |
| VAT Amount | USD | 0,00 |
| Total | USD | 127.806,48 |

Your VAT No. :
Our VAT No. : DK66 44 17 17

| Taxable Amount DK | 0% VAT Amount DKK | Amount incl. VAT DKK | Rate of exchange DKK |
|---|---|---|---|
| 736.908,60 | 0,00 | 736.908,60 | 5,765816 |

The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT:** 30 days from date of delivery With value date not later than DUE DATE or previous working day
when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

All O.W. BUNKER & TRADING A/S's rights under this invoice and the supply contract between us (the Supply Contract) have been assigned in
favour of ING Bank N.V. pursuant to a security agreement dated 19th December 2013. You are authorised and instructed without further obligation
to O.W. BUNKER & TRADING A/S to pay all amounts payable under this invoice to the following account with ING Bank N.V.:

**BANK:** ING Bank N.V.

**O.W. BUNKER & TRADING A/S**

Stigsborgvej 60

**ACCOUNT:**
IBAN: NL39 INGB 0020 0835 56
IBAN: NL16 INGB 0650 1751 15
SWIFT: INGBNL2A

USD and all other currencies
EUR

DK-9400 Nørresundby

Any amendment to these payment instructions may not be made without
the express written consent of ING Bank N.V.

Phone: + 45 98 12 72 77
Fax:   + 45 98 16 72 77
E-mail: owbunker@owbunker.dk
Internet: http:www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

CVR: DK66441717
EU VAT No: DK66441717

EXHIBIT D