IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ING BANK N.V., | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:15-cv-24 |
| | § | ADMIRALTY |
| | § | |
| M/V WHITE DIAMOND, | § | |
| IMO No. 9330666, | § | |
| her engines, tackle, equipment, | § | |
| furniture, appurtenances, | § | |
| etc., *in rem* | § | |
| | § | |
| **Defendant** | § | |

## CONSENT TO RELEASE OF ARREST OF M/V WHITE DIAMOND

NOW COMES, plaintiff, ING Bank N.V., through undersigned counsel, and in accordance with this Court's February 4, 2015, Order (Doc. 4), states as follows:

1. On this date, The London Steam – Ship Owners' Mutual Insurance Association Limited issued a Letter of Undertaking, dated February 6, 2015 (hereafter "Letter of Undertaking"), as substitute security for the defendant, M/V WHITE DIAMOND, *in rem*, in consideration, *inter alia*, for the release of that vessel from arrest, a true and accurate copy of the Letter of Undertaking is attached hereto as Exhibit A;

2. Upon receipt of the foregoing Letter of Undertaking, counsel for plaintiff has provided written notice to the U.S. Marshal to release the M/V WHITE

DIAMOND (IMO No. 9330666), and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter "WHITE DIAMOND") from arrest and / or seizure;

3. The only party to this admiralty action at present is ING Bank N.V., who consents to the release of the WHITE DIAMOND from arrest and / or seizure; and,

4. This Court has not entered any Order to the contrary preventing or otherwise restricting the foregoing release from arrest and / or seizure of the WHITE DIAMOND.

Respectfully submitted:

　　　　/s/ James D. Bercaw
**JAMES D. BERCAW (*Pro Hac Vice*)**
**LAURA E. AVERY (*Pro Hac Vice*)**
**KING, KREBS & JURGENS, P.L.L.C.**
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-3800
Facsimile:  (504) 582-1233
E-Mail:  jbercaw@kingkrebs.com
　　　　 lavery@kingkrebs.com
　　　　**and**
**JOSEPH R. MESSA (#11346)**
**KING, KREBS & JURGENS, P.L.L.C.**
6363 Woodway, Suite 820
Houston, Texas  77057
Telephone:  (713) 334-5644
Facsimile:  (713) 334-5828
E-mail:  jmessa@kingkrebs.com

*Attorneys for ING Bank N.V.*